UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11193-RWZ

MICHAEL A. JUDGE

v.

CITY OF ATTLEBORO, *et al.*

ORDER
May 1, 2009

ZOBEL, D.J.

      Plaintiff complains that defendants, the owner and operator of an "abortion facility," the City of Attleboro, the Attleboro Police Department, the Chief of Police and a number of police officers violated his rights under the First Amendment by interfering with his protests against abortion and gay marriage.  He filed his complaint pro se on July 14, 2008.  Although summonses issued, to date no defendant has been served.  Plaintiff, however, has filed substantive and procedural motions including a "motion for decision and order on 2 prior motions."   Although plaintiff eventually engaged counsel who entered an appearance on January 28, 2009, counsel withdrew after plaintiff disagreed with counsel's proposed amended complaint.  On April 28, 2009, new counsel entered his appearance; this counsel is not an active member of the bar of this court.

      The court has granted a number of extensions of time but finally, on April 27, 2009, ordered plaintiff to make service on defendants by May 12, 2009.  Failure to do

so will result in dismissal of the complaint.  Until defendants have been served with process, plaintiff shall refrain from filing additional motions.  When counsel's status at the bar of this court is resolved and so long as he represents plaintiff, the latter shall further refrain from filing any papers pro se.

The court will address any pending motions after defendants have been served and counsel's appearance has been clarified.


    May 1, 2009                                /s/Rya W. Zobel

       DATE                                 RYA W. ZOBEL  
                                             UNITED STATES DISTRICT JUDGE